IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUTTER NGUYEN,

    Petitioner,               No. CIV S-08-2150 GEB EFB P

    vs.

T. FELKER, Warden,

    Respondent.          <u>ORDER</u>

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to respond to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's January 16, 2009, request is granted and respondent has 20 days from the date this order is served to file and serve a response to the petition.

Dated: January 28, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE