IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUTTER NGUYN,

    Petitioner,               No. CIV S-08-2150 GEB EFB P

    vs.

T. FELKER,

    Respondent.          <u>ORDER</u>

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 10, 2009, respondents timely filed a request for a second 20-day extension of time to file and serve an answer to the petition. *See* Fed. R. Civ. P. 6(b). Petitioner filed no opposition. On March 9, 2009, respondent filed an answer.

    Good cause appearing, it is ORDERED that respondent's February 10, 2009, request is granted and the answer is deemed timely filed.

Dated: April 14, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE