UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| SUTTER NGUYEN, | |
|---|---|
| Petitioner | CV 08-02150 TJH |
| v. | |
| T. FELKER, | ORDER RE: CERTIFICATE OF APPEALABILITY |
| Respondent | |

On June 24, 2013, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253, The Court has reviewed the matter.

IT IS HEREBY ORDERED.

☑ The Certificate of Appealability is **Granted**. The specific issue(s) satisfy 28 U.S.C. § 2253(c)(2) as follows:

Whether Petitioner's constitutional rights were violated when his request to sever his trial from his co-defendants was denied.

☐ The Certificate of Appealability is **Denied** for the following reason(s):
    ☐ There has been no substantial showing of the denial of a constitutional right.
    ☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
    ☐ The appeal seeks to test the validity of the detention pending removal proceedings.

February 2, 2015

*Terry J. Hatter, Jr.*
United States District Judge